UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 25-cv-05856-JSW<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 23 |

The Court has received Defendant's response to the Order to Show Cause regarding jurisdiction. Plaintiff used a form complaint for breach of contract, and the Court has concluded the complaint is not limited to such a claim. Defendant represents it has no objection to remanding the case, if the Court makes clear that Plaintiff cannot pursue a breach of contract claim.

Because the only relevant contract is a collective bargaining agreement governed by the Labor Management Relations Act, any claim for breach of that contract is preempted and fails as a matter of law. Plaintiff filed her reply to Defendant's response to the Order to Show Cause and represents that her claims arise out of the Fair Housing and Employment Act.

Accordingly, the Court HEREBY REMANDS this case to Contra Costa County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 26, 2025

_____
JEFFREY S. WHITE
United States District Judge